JS-6

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Litigation Counsel, Civil Division
SUSAN L. SMITH, CSBN 253808
Special Assistant United States Attorney
Social Security Administration
Office of the General Counsel
Office of Program Litigation, Office 7
   6401 Security Boulevard
   Baltimore, Maryland 21235
   Telephone: (510) 970-4827
   Facsimile: (415) 744-0134
   E-mail: susan.l.smith@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARGARITA LOPEZ,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. 2:23-cv-04137-MAA<br><br>[PROPOSED] JUDGMENT OF REMAND |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrently with the Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

DATED: October 2, 2023

HON. MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE

PROPOSED JUDGMENT                                    CASE NO. 2:23-cv-04137-MAA